MARY SALOW, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

ESTHER R. CORBIN, *Respondent, v.* THE TRUSTEES OF THE VILLAGE OF CANAJOHARIE, *Appellants.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

EDWARD NEWCOMB, *Receiver, etc., Plaintiff, v.* CHARLES ALMY, *Defendant.* — Judgment ordered for plaintiff for $1,856.81, with interest from December 17, 1881, with costs. Opinion by BOARDMAN J., and by LEARNED, P. J., dissenting.

JULIAN GIFFORD, *Respondent, v.* HENRY WATERMAN, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

JAMES D. WHITE, *Respondent, v.* ELIAKIM CHEESBRO, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

BARNETT GEELAN *v.* JULIA A. GEELAN — Judgment reversed, new trial granted ; referee discharged, costs to abide event. Opinion by BOCKES, J.

JOHN SALISBURY, *Respondent, v.* SCHUYLER STEAMBOAT LINE, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

JACOB F. GENTHER, *Respondent, v.* THE ATLANTIC MUTUAL INSURANCE COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JAMES I. MURRAY, *Respondent, v.* LUTHER ROPER, *Appellant.* — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by BOCKES, J.

ELIAS AUBLE, *Respondent, v.* JONATHAN AUBLE, *Appellant.* — Order modified so as to include costs of motion for new trial, and, as modified, affirmed without costs of appeal. Opinion by BOARDMAN, J.

CATHERINE KANE, *Respondent, v.* CARLOS CORTESY, *Appellant.* — Judgment reversed, new trial granted referee discharged, costs to abide event. Opinion by BOCKES, J.

JANE BOYCE, *Respondent, v.* AARON P. STOWERS, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J. ; LEARNED, P. J., not acting.

JOHN BEARDSLEY, *Respondent, v.* GEORGE S. CLARK, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED. P. J.

WATER HOOS, *Appellant, v.* JAMES PERSON and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOCKES, J.